PROWELL *v.* NEUENDORF.

JUDGMENT NOTWITHSTANDING VERDICT—PRACTICE.

  A verdict for plaintiff cannot be set aside on motion for new
    trial, and a verdict directed for defendant and judgment en-
    tered thereon without any new trial.

Error to Wayne; Donovan, J.   Submitted June 16,
1905.  (Docket No. 25.)   Decided September 19, 1905.

Ejectment by Ottielge Prowell against Charles Neuen-
dorf and Anna Neuendorf.   There was judgment for
defendants, notwithstanding a verdict for plaintiff, and
plaintiff brings error.   Reversed.

  *Wesley L. Nutten* and *M. B. Breitenbach*, for appel-
lant.

  *William C. Gottman*, for appellees.

MONTGOMERY, J.   The plaintiff brought an action of
ejectment to recover a strip of land claimed by her to
be a portion of a lot admittedly owned and occupied by
her.   Defendants claimed that a line had been established
between plaintiff's property and theirs by agreement and
acquiescence.   The circuit judge submitted this question
of fact to the jury, who found for the plaintiff.   Later, on
a motion for a new trial, the circuit judge set aside the
verdict for plaintiff, and without any new trial directed a
verdict for defendants and entered judgment thereon.
This practice was without precedent and unauthorized.
There was no verdict upon which to base the judgment.
See *Central Sav. Bank* v. *O'Connor*, 132 Mich. 581;
*Plunkett* v. *Railway Co.*, 140 Mich. 299.

  The judgment will be set aside, and a new trial ordered.
Plaintiff will recover costs of this court.

  MOORE, C. J., and CARPENTER, GRANT, and OSTRAN-
DER, JJ., concurred.